Donald Blanton 1307891
Stiles Unit
3060 FM3514
Beaumont, Texas
77705

Court of Appeals
Fifth District of Texas
At Dallas, Clerk, Lisa Matz
600 Commerce Street
Suite 200
Dallas, Texas
75202